1  Jessie F. Beeber, Esq. (N.Y. Bar No. 2786762)
       Email: jbeeber@fkks.com
2  Jeremy S. Goldman (N.Y. Bar No. 4398392)
       Email jgoldman@fkks.com
3  FRANKFURT KURNIT KLEIN & SELZ, P.C.
   488 Madison Avenue, 10th Floor
4  New York, New York 10022
   Tel: (212) 980-0120
5  Fax: (212) 593-9175

6  Joseph L. Golden, Esq. (S.B. No. 61293)
       Email: jlgoldenesq@verizon.net
7  LAW OFFICE OF JOSEPH L. GOLDEN
   1801 Century Park East, 24th Floor
8  Los Angeles, California 90067-2302
   Tel: (310) 556-9666
9  Fax: (310) 556-9625

10 Attorneys for Plaintiff,
   MORABITO PICTURE COMPANY LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CV 10-8102

| | |
|---|---|
| MORABITO PICTURE COMPANY LLC, | Case No. |
| Plaintiff, | **COMPLAINT:** |
| vs. | **COPYRIGHT INFRINGMENT, UNFAIR COMPETITION AND MISAPPROPRIATION OF IDEA** |
| BANIJAY ENTERTAINMENT GROUP, BANIJAY ENTERTAINMENT HOLDINGS US, INC., THE ANGEL CITY FACTORY, LLC, TWENTIETH CENTURY-FOX TELEVISION, INC., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff, Morabito Picture Company LLC ("MPC" or "Plaintiff"), for its Complaint against Banijay Entertainment Group, Banijay Entertainment Holdings US, Inc., The Angel City Factory, LLC and Twentieth Century-Fox Television, Inc. (collectively, "Defendants"), alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action seeking, *inter alia*, damages and permanent injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. § 101, *et seq.*, based on Defendants' acts of copyright infringement committed within the United States. This Court has original jurisdiction of the copyright claim under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).

2. This Court has supplemental jurisdiction over the remaining claims under 28 U.S.C. § 1367(a), as these claims are so related to the claim for copyright infringement set forth above that they form part of the same case or controversy. The Court also has jurisdiction over the unfair competition claim pursuant to 28 U.S.C. § 1338(b).

3. This Court has personal jurisdiction over Defendants because they are domiciled in this State and District; are doing business in this State and District; have intentionally engaged in acts targeted at this District; have purposefully availed themselves of the privileges of conducting activities in this State and District; and/or have committed acts outside of California knowing and intending that such acts would cause injury within the state.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(a) because this is the District in which Defendants may be found.

**NATURE OF THE ACTION**

5. This Complaint seeks to recover damages caused by Defendants' infringement of MPC's copyright in a format (the "Format") and reality television series (the "Series") known as *Indovina Chi Viene Cena* (*Guess Who's Coming for Dinner*), and to enjoin Defendants from further exploiting MPC's intellectual property without authorization.

6. The Series, which originally aired on television in Italy in 2001, features a young man or woman inviting his or her family to dinner to meet a new girlfriend or

boyfriend who, to the family's surprise, is a well-known celebrity. The family's reactions to the odd and uncomfortable situation are captured by hidden cameras and microphones. The program also features a contest in which the young contestant can win € 10,000 if he or she convinces a family member to sign a € 5,000 check to buy the celebrity a special present.

7. Banijay Entertainment Group ("Banijay"), a media company headquartered in France, has misappropriated the Format and Series to produce an infringing format (the "Infringing Format") and television series called *Mes Parents Vont T'Adorer!* (My Parents Are Gonna Love You!) ("*Parents*" or the "Infringing Series") that has been distributed in France.

8. In all material respects, *Parents* is the Series. The original, copyrightable expression embodied in the Format and Series, as well as the unique manner in which those and other elements were selected, organized and presented, are identical or substantially similar to the elements and arrangement of the Infringing Format and Infringing Series.

9. Upon information and belief, Banijay has sought to license, has licensed and/or is seeking to license the Infringing Format and Infringing Series, which unlawfully incorporate the protected expression of the Series, to media companies located throughout the world. Upon information and belief, Banijay and/or its U.S.-based subsidiaries have licensed the Infringing Series and Infringing Format to Fox Television for production and distribution in the United States. This Complaint seeks damages for Defendants' unlawful misappropriation of Plaintiff's intellectual property and to stop any infringement in the United States.

**PARTIES**

10. Plaintiff MPC is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.

11. Upon information and belief, Defendant Banijay is a corporation organized under the laws of France with its principal place of business located in Paris, France.

12. Upon information and belief, Defendant Banijay Entertainment Holdings US, Inc. ("Banijay U.S.") is a corporation organized under the laws of the State of California. Upon information and belief, Banijay U.S. is a subsidiary of Banijay. Upon further information and belief, Banijay U.S.'s principal place of business is located at 6430 West Sunset Boulevard, Hollywood, California 90028.

13. Upon information and belief, Defendant The Angel City Factory, LLC ("ACF") is a limited liability company organized under the laws of the State of California. Upon information and belief, ACF is a subsidiary of Banijay U.S. with its principal place of business located at 6430 West Sunset Boulevard, Hollywood, California 90028.

14. Upon information and belief, Defendant Twentieth Century-Fox Television, Inc. ("Fox Television") is a corporation organized under the laws of the State of Delaware with its principal place of business located in Los Angeles, California.

## FACTS

(a) **Guess Who's Coming For Dinner**

15. In early 2001, Sunflower s.r.l. ("Sunflower") created the original Format for a reality television program called *Indovina Chi Viene a Cena*, which in English translates to *Guess Who's Coming For Dinner*.

16. The Format for each 100-minute episode of the program involves a young man inviting his family to dinner to introduce them to his mysterious new girlfriend. (Some episodes featured a young woman and a male celebrity.) When the family arrives to the girlfriend's house, they are surprised to discover that she is a well-known celebrity. Only the young man and celebrity are privy to the secret -- that the celebrity

is not really the man's girlfriend and the celebrity's "house" is in fact a television studio equipped with hidden cameras and microphones. Throughout the night, the celebrity acts bizarrely and speaks outlandishly to elicit humorous reactions from her guests, who become increasingly uncomfortable as the dinner progresses. About half way through the episode, the young man is informed for the first time that he can win € 10,000 if, within fifteen minutes, he successfully convinces one of his relatives to write a check for € 5,000 so that he can buy a special present for his celebrity girlfriend. The show ends when the secret is finally revealed to the surprised family members, each of whom are then interviewed to recount the evening's events.

17. In or about February 2000, Sunflower developed the Format into a television pilot and pitched it to several media companies in Italy. In or about April 2000, Radiotelevisione Italiana ("RAI"), Italy's state-owned and largest television company, commissioned ten episodes of the Series. The Series originally aired on Rai Due (one of RAI's three major television networks) during the prime time slot on Monday evenings, beginning January 7, 2001. The Series received strong ratings.

18. Sunflower registered the copyright in the Format and Series with Società Italiana degli Autori ed Editori (Italian Society of Authors and Publishers) in or about May 2001 under Registration No. 2/1006/RTS/ss.

19. Given the success of the Series in Italy, in or about March 2001, Sunflower authorized and directed RAI Trade, a division of RAI, to sell and/or license the Format to studios, television networks and/or other interested media acquisition companies located in other countries. In January 2008, Sunflower transferred the rights to the Format and Series to MPC.

(b) **Banijay Unlawfully Copies the Format and Series**

20. On or about September 21, 2009, the Infringing Series, *Mes Parents Vont T'Adorer!* (*My Parents Are Gonna Love You!*), premiered on the French television

5

network NRJ12. *Parents* is produced by JES Prod which, upon information and belief, a subsidiary of Banijay.

21. Upon information and belief, Banijay copied the Format and Series as the basis for *Parents*, which is now in its second season on NRJ12.

22. The following description of the show, which appears on Banijay's website, leaves no doubt that *Parents* is virtually identical to the Series: "A young girl wants to trick her parents by introducing them to a fake fiancé. The shock is even bigger since the person is a famous celebrity! Parents are invited to dinner in a luxurious loft, filled with hidden cameras, to meet their daughter's chosen one. In a carefully rehearsed manner, the celebrity will do his very best to act his very worse. Terrible manners, rude, even indecent, our celebrities will do anything humanly possible to be hated by their guests. At the end of the evening, under the pretense of having to make a formal announcement, the masks drop and parents find out they have been tricked! This gives them the occasion to go over the most absurd and embarrassing moments of the night - and especially, the funniest!"

23. *Parents* misappropriated at least the following protectible elements of expression that are central features of the Series:

    (i) A celebrity posing as the boyfriend/girlfriend of the contestant;

    (ii) Each episode of the show occurring over the course of a single evening;

    (iii) The contestant being tasked with deceiving his/her family regarding the status of the faux boyfriend/girlfriend;

    (iv) The celebrity intentionally misbehaving to elicit amusing responses from the family;

    (v) Hidden cameras and microphones capturing the reactions of the family members; and

(vi) Interviews of the participants after the secret has been revealed to them.

**(c)** **Banijay Licenses the Infringing Format to Fox**

24. Upon information and belief, Banijay has licensed the Infringing Format and Infringing Series to television companies located throughout the world, including France, Portugal, Spain, Italy, Greece, Romania, Ukraine, the Netherlands, United Kingdom, Germany, Belgium, Scandinavia, the Middle East and the United States.

25. On March 29, 2010, an article published in *The Hollywood Reporter* announced that Fox Television was in the process of licensing the Infringing Format from Banijay. The article confirmed that in the Fox show, just as in the Series, "participants will tell their folks about a wonderful new significant other who turns out to be a famous face – and utterly obnoxious." The article also reported that Fox Television was "looking to add a competition element" which, if added, would misappropriate yet another element of the Series: "The longer the 'couple' can pull off the ruse, the more money they win for the parents."

26. Upon information and belief, Fox Television was aware of the Format and Series, but nevertheless agreed to license the Infringing Format and Infringing Series from Banijay or one of its U.S.-based subsidiaries.

27. Upon information and belief, ACF, a Los Angeles-based production company and subsidiary of Banijay, is currently developing and producing an English-language version of the Infringing Format and Series to be distributed by Fox Television and promoted by Banijay for sale to other television companies.

28. Upon information and belief, Banijay considers its widespread marketing and licensing of the Infringing Format and Series to be a great success, with one Banijay representative commenting in June 2010 that *Parents* "is creating a lot of buzz in the marketplace right now as a truly fun and entertaining show."

### (d) Banijay's Unauthorized Licensing Damages MPC

29. In or about June 2010, representatives of RAI Trade informed MPC that Banijay's unauthorized promotion and licensing of the Infringing Format and Series were jeopardizing RAI Trade's own efforts to promote and license MPC's Format and Series to third parties. For example, RAI Trade reported that several potential licensees were unwilling to purchase the Format due to the presence of a competing product -- the Infringing Format -- in the marketplace. In one case, a third-party licensee cited the Infringing Format as its primary basis for demanding a significant discount on the price of the Format.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement Against All Defendants)

30. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31. The Format and Series are original works and copyrightable subject matter under the laws of the United States.

32. The Format and Series were first published in 2001 in Italy, which at the time of publication was a "treaty party" within the meaning of the United States Copyright Act, 17 U.S.C. § 101.

33. At all times relevant hereto, Plaintiff has been and still is the sole owner of all right, title and interest in and to the copyright to the Format and Series, neither of which have ever been assigned, licensed or otherwise transferred to Defendants or dedicated to the public. Plaintiff has not authorized any of the Defendants to copy or use the Format or Series.

34. Upon information and belief, Defendants had access to the Series and the Format due to, among other things, the public broadcast of the Series over a major television network and MPC's promotion of the Format for licensing through RAI Trade.

35.  The original, copyrightable expression embodied in the Format and Series, as well as the unique manner in which those and other elements were selected, organized and presented, are identical or substantially similar to the elements and arrangement of the Infringing Format and Infringing Series.

36.  Upon information and belief, beginning in or about March of 2010 and continuing thereafter, Defendants, with knowledge of Plaintiff's copyright in and to the Format and Series, have infringed upon Plaintiff's rights by producing, reproducing, distributing, performing, displaying and/or promoting the Infringing Format and/or the Infringing Series in the United States without the permission, license or authorization of Plaintiff.

37.  Upon information and belief, beginning in or about September of 2009 and continuing thereafter, Banijay, with knowledge of Plaintiff's copyright in and to the Format and Series, committed contributory infringement by, among other things, licensing, authorizing and otherwise contributing to those other Defendants' producing, reproducing, distributing, performing, displaying and/or promoting the Infringing Format and/or the Infringing Series in the United States without the permission, license or authorization of Plaintiff.

38.  As a result of Defendants' copyright infringements as alleged above, Plaintiff has been and continues to be substantially injured and is entitled to (a) damages in an amount to be determined at trial; (b) Defendants' profits attributable to their infringements; (c) a permanent injunction restraining Defendants from further exploiting Plaintiff's copyrighted works; (d) the recall and destruction of all materials that infringe upon Plaintiff's copyrighted works; (e) the costs of this action; (f) statutory damages; and (g) attorneys' fees.

## SECOND CLAIM FOR RELIEF

### (Violation of Copyright Under French Law Against Banijay)

39. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 38 of this Complaint as if fully set forth herein.

40. Plaintiff hereby gives notice pursuant to Rule 44.1 of the Federal Rules of Civil Procedure that this claim for relief is based on the laws of France.

41. The Format and Series are original works and copyrightable subject matter under the laws of France.

42. Upon information and belief, beginning in or about September 2009 and continuing thereafter, Banijay, with knowledge of Plaintiff's copyright in and to the Format and Series, has infringed upon Plaintiff's rights by producing, reproducing, distributing, performing, displaying, promoting, selling and/or purchasing the Infringing Format and/or the Infringing Series in France without the permission, license or authorization of Plaintiff.

43. Banijay's actions constitute violations of Plaintiff's moral rights and copyright infringement under the laws of France.

44. By reason of the foregoing wrongful conduct, Plaintiff is entitled to an award of damages and other remedies under the laws of France.

## THIRD CLAIM FOR RELIEF

### (Unfair Competition Under California State Law Against All Defendants)

45. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 37 of this Complaint as if fully set forth herein.

46. Defendants' actions discussed herein constitute unfair competition within the meaning of California Business and Professions Code § 17200.

47. Plaintiff has suffered and will continue to suffer immediate and irreparable harm and damage as a result of Defendants' unlawful acts unless Defendant is restrained and enjoined, and Plaintiff is without an adequate remedy at law.

48. Pursuant to California Business and Professions Code § 17203, Plaintiff is entitled to permanent injunctive relief ordering Defendants to cease this unfair competition, as well as disgorgement of all of Defendants' profits associated with this unfair competition.

## FOURTH CLAIM FOR RELIEF

**(Misappropriation of Idea Against All Defendants)**

49. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 41 of this Complaint as if fully set forth herein.

50. The concept for the Format and Series was original and unique when created by Plaintiff.

51. Defendants learned of the concept for the Format and Series solely through Plaintiff's creativity, labor and skill.

52. Defendants misappropriated the idea, concept and structure for the Format and Series in order to produce the Infringing Format and Infringing Series.

53. As a result of Defendants' misappropriation, Plaintiff has incurred substantial monetary and other costs in developing and producing the Format and Series, but without having received the full benefits of its efforts.

54. Plaintiff has been further damaged by Defendants' dilution of the original concept embodied in the Format and Series by saturating the market with the Infringing Format and Infringing Series, which are unauthorized copies of the same.

55. As a result of Defendants' misappropriation as alleged above, Plaintiff has been and continues to be substantially injured and is entitled to damages in an amount to be determined at trial.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands the following relief:

11

(a) That this Court enter a permanent injunction enjoining and restraining Defendants, their officers, directors, employees, agents, licensees, servants, successors and assigns, and any and all persons in active concert or participation with any of them, from the production, reproduction, distribution, performance, display and/or promotion of the Infringing Format and/or Infringing Series or any other work which infringes upon Plaintiff's copyrights in the Format and Series;

(b) That this Court enter an order adjudging that Defendants have willfully infringed upon Plaintiff's copyright in and to the Format and Series;

(c) That this Court award Plaintiff damages and the other remedies and relief authorized by and available under the applicable laws of France.

(d) That this Court enter an order adjudging that Defendants' activities constitute unfair competition within the meaning of California Business and Professions Code §§ 17200, *et seq.*;

(e) That this Court require Defendants to account to Plaintiff for any and all profits derived by Defendants from the production, reproduction, distribution, performance, display, promotion, sale and/or purchase of the Infringing Format and/or Infringing Series;

(f) That this Court require Defendants to: (i) recall all advertisements, promotional materials, television pilots and all other items in their possession, custody or control relating to the Infringing Format or Series; and (ii) destroy all such materials and deliver to Plaintiff an affidavit swearing that such materials were destroyed under proper and appropriate safeguards;

(g) That this Court award Plaintiff damages against Defendants in an indeterminate amount;

(h) That this Court award Plaintiff statutory damages against Defendants;

(i) That Plaintiff be awarded its reasonable attorneys' fees and costs under the United States Copyright Act; and

(j) That Plaintiff be granted such other and further relief as may be deemed just and equitable.

Dated: October 27, 2010

JESSIE. F. BEEBER, ESQ.
JEREMY S. GOLDMAN, ESQ.
FRANKFURT KURNIT KLEIN & SELZ, P.C.

JOSEPH L. GOLDEN, ESQ.
LAW OFFICE OF JOSEPH L. GOLDEN

By: _____
Joseph L. Golden

Attorneys for Plaintiff,
Morabito Picture Company LLC

## DEMAND FOR JURY TRIAL

Plaintiff Morbito Picture Company, LLC hereby demands a trial by jury on all issues triable by a jury.

Dated: October 27, 2010

JESSIE. F. BEEBER, ESQ.
JEREMY S. GOLDMAN, ESQ.
FRANKFURT KURNIT KLEIN & SELZ, P.C.

JOSEPH L. GOLDEN, ESQ.
LAW OFFICE OF JOSEPH L. GOLDEN

By: _____
Joseph L. Golden

Attorneys for Plaintiff,
Morabito Picture Company LLC

Name & Address:
Joseph L. Golden, Esq. (S.B. No. 61293)
Email: jlgoldenesq@verizon.net
Law Office of Joseph L. Golden
1801 Century Park East, 24th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Morabito Picture Company LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10 -02 MMM AJWx |
| v. | |
| Banijay Entertainment Group, Banijay Entertainment Holdings US, Inc., The Angel Factory, LLC, Twentieth Century-Fox Television, Inc. | **SUMMONS** |
| DEFENDANT(S). | |

TO: DEFENDANT(S): Banijay Entertainment Group, Banijay Entertainment Holdings US, Inc., The Angel Factory, LLC, Twentieth Century-Fox Television, Inc.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _See attachment_____, whose address is _See attachment_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT 27__      By: __CHRISTOPHER POWERS__
                            Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## ATTACHMENT TO SUMMONS

Plaintiff's Counsel

Jessie F. Beeber, Esq. (N.Y. Bar No. 2786762)
　　Email: jbeeber@fkks.com
Jeremy S. Goldman (N.Y. Bar No. 4398392)
　　Email jgoldman@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175

Joseph L. Golden, Esq. (S.B. No. 61293)
　　Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9666
Fax: (310) 556-9625

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

### CV10- 8102 MMM (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Morabito Picture Company, LLC

**DEFENDANTS**
Banijay Entertainment Group, Banijay Entertainment Holdings US, Inc., The Angel Factory, LLC, Twentieth Century-Fox Television, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
See Attachment

**Attorneys (If Known)**
James M. Burgess, Esq.
Sheppard Mullin Richter & Hampton, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement (17 U.S.C. sec. 501), Violation of Moral Rights under French law, Unfair Competition and Misappropriation of Idea under California law

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | | | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles: Banijay Entertainment Holdings US, Inc., The Angel Factory, LLC, Twentieth Century-Fox Television, Inc. | France: Banijay Entertainment Group |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (First, Third and Fourth Claims for Relief) | France (Second Claim for Relief) |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 27, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## ATTACHMENT TO CIVIL COVER SHEET

Plaintiff's Counsel

Jessie F. Beeber, Esq. (N.Y. Bar No. 2786762)
    Email: jbeeber@fkks.com
Jeremy S. Goldman (N.Y. Bar No. 4398392)
    Email jgoldman@fkks.com
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175

Joseph L. Golden, Esq. (S.B. No. 61293)
    Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9666
Fax: (310) 556-9625